IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| JOHN ZAVALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:06-CV-889-A |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, | § | |
| Correctional Institutions | § | |
| Division, | § | |
| | § | |
| Respondent. | § | |

O R D E R

Came on for consideration the above-captioned action wherein John Zavala is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On June November 9, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by November 30, 2007. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and

recommendation of the United States Magistrate Judge.

The court ORDERS that the petition be, and is hereby, denied.

SIGNED December 4, 2007.

JOHN McBRYDE
United States District Judge